**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ANNETTE MARIE EDWARDS,

      Plaintiff,

v.

                                    Case No. 06-12867
                                    Hon. Gerald E. Rosen
                                    Magistrate Judge Steven D. Pepe

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       September 28, 2007

PRESENT: Honorable Gerald E. Rosen
                   United States District Judge

On March 30, 2007, Magistrate Judge Steven D. Pepe issued a Report and Recommendation ("R & R") recommending that the Court dismiss this case without prejudice for lack of service of the summons and complaint within the presumptive 120-day period for doing so. Plaintiff Annette Marie Edwards has not filed objections to the R & R, nor did she respond to the Magistrate Judge's February 14, 2007 order to show cause why the case should not be dismissed for lack of service. Upon reviewing the R & R and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's March 30, 2007 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, this case is hereby DISMISSED WITHOUT PREJUDICE.

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

Dated: September 28, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 28, 20007, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager